Russell Handy, SBN 195058
**POTTER HANDY, LLP**
Mail: PO Box 261843
San Diego, CA 92196-1843
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385; Fax: (888) 422-5191
Email: Russ@PotterHandy.com

   Attorneys for Plaintiff LINDA SCROGGINS

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SCROGGINS, an individual, | **CASE NO. 4:18-CV-02715** |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; and DOES 1-100, inclusive, | |
| Defendant(s). | |

   PLEASE TAKE NOTICE that Plaintiff Linda Scroggins hereby provides notice of errata and corrections as follows:

1

**NOTICE OF ERRATA**

On May 9, 2018, Plaintiff filed her "Complaint for Damages, Jury Demand." Plaintiff attached a copy of a mediation confirmation as "Exhibit B" in support of the tolling agreement date agreed to between the parties. However, Plaintiff mistakenly attached the incorrect notice, which shows a mediation date of February 27, 2018. The correct notice contains a date of April 9, 2018 as the parties rescheduled and held mediation on that date. (A true and correct copy of the April 9, 2018 mediation scheduled case is attached hereto as Exhibit B). This error is subject to correction on grounds of mistake, inadvertence and/or excusable neglect pursuant to C.C.P. § 473. Plaintiff apologizes to the Court and defendant for any inconvenience this has caused them.

WHEREFORE, Plaintiff respectfully requests that the attached Exhibit B amend and replace the original Exhibit B.

Dated: May 9, 2018                    POTTER HANDY, LLP


                                      By: /s/Russell Handy_____
                                          Russell Handy
                                          Attorneys for Plaintiff LINDA SCROGGINS