Danielle Hultenius Moore (SBN 232480)
E-Mail: dmoore@fisherphillips.com
Megan E. Walker (SBN 299834)
E-Mail: mewalker@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858)597-9600
Facsimile: (858)597-9601

Attorneys for Defendant,
Union Pacific Railroad Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SCROGGINS, an individual, | Case No: 4:18-cv-02715-HSG |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO TRANSFER THE VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; and DOES 1-100, inclusive, | Complaint Filed: May 9, 2018 |
| Defendants. | |

Having considered the stipulation, and pursuant to 28 U.S. Code section 1404(a), the Parties Joint Stipulation to transfer the venue of the above-captioned matter to the Central District of California, Eastern Division is GRANTED.

DATED: June 4, 2018      By: *Haywood S. Gill Jr.*
The Honorable Haywood S. Gilliam, Jr.
Judge of the United States District Court